# AFFIDAVIT OF SERVICE

| Case:<br>1:25-cv-03201 TWT | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISRICT OF GEORGIA-ATLNTA DIVISION | County:<br>, GA | Job:<br>13507243 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>K.W. | | Defendant / Respondent:<br>Janki Motel, Inc | |
| Received by:<br>Phoenix Legal | | For:<br>Andersen, Tate, & Carr, P.C. | |
| To be served upon:<br>Janki Motel, Inc. c/o Milan Patel | | | |

I, Danielle Roach, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Milan Patel, 1155 Morgan Garner Drive, Lilburn, GA 30047
**Manner of Service:** Company, Jun 17, 2025, 12:12 pm EDT
**Documents:** Exhibits, Summons, Civil Cover Sheet, Cert of Interested Persons and Corporate Disclosure Statment, Complaint

**Additional Comments:**
Successful Attempt: Jun 17, 2025, 12:12 pm EDT at 1155 Morgan Garner Drive, Lilburn, GA 30047 received by Milan Patel. Other: An Indian man with black hair and a mustache, he was wearing glasses.

_Danielle Roach_                        06/25/2025
Danielle Roach                              Date

Phoenix Legal
251 Springs Xing
Canton, GA 30114
770-873-6999