IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.W., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO.: 1:25-cv-03201-TRJ |
| | ) | |
| JANKI MOTEL, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

This 14th day of July, 2025.

                                      **FREEMAN MATHIS & GARY, LLP**

                                      */s/ Emma Fennelly*
                                      Jennifer C. Adair
                                      Georgia Bar No. 001901
                                      JAdair@fmglaw.com
                                      Emma J. Fennelly
                                      Georgia Bar No. 610587
                                      Emma.fennelly@fmglaw.com

                                      *Attorneys for Janki Motel, Inc.*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
T: (404) 818-0000
F: (833) 330-3669

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **CERTIFICATE OF COMPLIANCE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
Counsel for Plaintiff

This 14th day of July, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emma Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Janki Motel, Inc.*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
T: (404) 818-0000
F: (833) 330-3669