## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| K.W., | ) |
| | ) |
|     Plaintiff, | ) |
| | )    Civil Action No. 1:25-cv-03201-TRJ |
| v. | ) |
| | ) |
| JANKI MOTEL, INC., | )    **JURY TRIAL DEMANDED** |
| | ) |
|     Defendant. | ) |

### **NOTICE OF ENTRY OF APPEARANCE**

COMES NOW, Emma J. Fennelly of the law firm Freeman Mathis & Gary, LLP, pursuant to L.R. 83, and enters her appearance as counsel for Defendant Janki Motel, Inc. Jennifer C. Adair will remain as lead counsel.

The undersigned requests that all notices, pleadings, and correspondence be served on them at the following address:

Jennifer C. Adair
Emma J. Fennelly
Freeman Mathis and Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000
(833) 330-3669 (facsimile)
jadair@fmglaw.com
emma.fennelly@fmglaw.com

Respectfully submitted this 30th day of July, 2025.

                                    **FREEMAN MATHIS & GARY, LLP**

                                    */s/Emma Fennelly*
                                    Jennifer C. Adair
                                    Georgia Bar No. 001901
                                    JAdair@fmglaw.com
                                    Emma J. Fennelly
                                    Georgia Bar No. 610587
                                    Emma.fennelly@fmglaw.com

                                    *Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-1409 (telephone)
(833) 330-3669 (facsimile)

## **7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in Times New Roman font, 14 point, and complies with Local Rules 5.1(C) and 7.1(D), ND Ga.

This 30th day of July, 2025.

                                   **FREEMAN MATHIS & GARY, LLP**

                                   */s/Emma Fennelly*
                                   Jennifer C. Adair
                                   Georgia Bar No. 001901
                                   JAdair@fmglaw.com
                                   Emma J. Fennelly
                                   Georgia Bar No. 610587
                                   Emma.fennelly@fmglaw.com

                                   *Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-1409 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the ECM/ECF e-filing system which provides service copies to all counsel of record.

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097

Respectfully submitted this 30th day of July, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emma Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
*Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-1409 (telephone)
(833) 330-3669 (facsimile)