UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., <br><br> Plaintiff, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-3201-TRJ |
| T.O., <br><br> Plaintiff, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-3202-TWT |
| S.D., <br><br> Plaintiff, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-3203-JPB |

## [PROPOSED] ORDER ON CONSENT MOTION TO REASSIGN AND CONSOLIDATE RELATED CASES

HAVING REVIEWED the parties' Consent Motion to Reassign and Consolidate Related Cases, IT IS HEREBY ORDERED the above-captioned cases be reassigned and consolidated into the first-filed action: *K.W. v. Janki Motel, Inc.,* No.: 1:25-cv-3201-TRJ.

SO ORDERED this ____ day of _____, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge