IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W.,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>JANKI MOTEL, INC.,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:25-cv-03201-TRJ |
| T.O.,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>JANKI MOTEL, INC.,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:25-cv-03202-TWT |
| S.D.,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>JANKI MOTEL, INC.,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:25-cv-03203-JPB |

**ORDER**

This matter is before the Court on the parties' Consent Motion to Reassign and Consolidate Related Cases. (Doc. 14 in 1:25-cv-03201-TRJ; Doc. 12 in 1:25-cv-03202-TWT; Doc. 12 in 1:25-cv-03203-JPB). The parties request that the Court consolidate Civil Action Nos. 1:25-cv-03201-TRJ, 1:25-cv-03202-TWT, and 1:25-cv-03203-JPB because the three actions "arise out of the same material facts and assert the same claims against the same Defendant who owned the hotel during all relevant time

periods." (*Id.*)

Federal Rule of Civil Procedure 42(a) confers upon the district courts broad discretionary authority to order consolidation when separate lawsuits involving a common question of law or fact are pending in the same court. *See Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (observing a district court's "purely discretionary" authority under Rule 42(a)). Here, given the similar factual allegations and identical legal theories alleged in all three cases, the parties state that consolidation of these cases will promote judicial economy and serve the interests of justice. As the claims in all three actions share a common core of facts and questions of law, the Court exercises its discretion under Federal Rule of Civil Procedure 42(a) to consolidate these cases.

Accordingly, the parties' Consent Motion to Reassign and Consolidate Related Cases (Doc. 14 in 1:25-cv-03201-TRJ; Doc. 12 in 1:25-cv-03202-TWT; Doc. 12 in 1:25-cv-03203-JPB) is **GRANTED**. The Court **ORDERS** the consolidation of Civil Action Nos. 1:25-cv-03201-TRJ, 1:25-cv-03202-TWT, and 1:25-cv-03203-JPB. The Clerk is **DIRECTED** to file this Order in all three actions. The Clerk is further **DIRECTED** to **CLOSE** Civil Action Nos. 1:25-cv-03202-TWT and 1:25-cv-03203-JPB and **CONSOLIDATE** those actions with Civil Action No. 1:25-cv-03201-TRJ.

SO ORDERED, this 14th day of August, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge