IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., *et al.*,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>JANKI MOTEL, INC.,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:25-cv-03201-TRJ |

## SCHEDULING ORDER

This matter is before the Court upon review of the parties' updated Joint Preliminary Report and Discovery Plan. (Doc. 18). In this action, Plaintiffs allege they were victims of child sex trafficking at Defendant's hotel in 2014 and that Defendant is liable under the Federal Trafficking Victims Protection Reauthorization Act, Masha's Law, and Georgia nuisance law. (*Id.* at 1). This case is assigned to a four-month discovery track. In their Joint Preliminary Report and Discovery Plan, the parties request a two-month extension of the discovery period. The Court approves the parties' Joint Preliminary Report and Discovery Plan, including the parties' request for an extended discovery period.

**IT IS HEREBY ORDERED** that the parties shall have until **February 23, 2026** to complete discovery. Summary judgment motions shall be due on or before **March 25, 2026**. If no summary judgment motions are filed, the parties must submit a proposed consolidated pretrial order, consistent with Local Rule 16.4, by **March 25, 2026**. However, if a summary judgment motion is filed, the proposed consolidated pretrial order shall be due within 30 days of the Court's ruling on the motion for

summary judgment.

**IT IS FURTHER ORDERED** that, in addition to the above deadlines, the parties must also adhere to the Guidelines to Parties and Counsel in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson and any additional deadlines contained therein. (Doc. 8). Failure to comply with this Order or the Guidelines may result in the imposition of sanctions, including the dismissal of this action or a default judgment.

SO ORDERED, this 22nd day of August, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge