UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., and S.D., <br><br> Plaintiffs, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-03201-TRJ |

## CERTIFICATE OF SERVICE

This is to certify that on August 22, 2025, Plaintiffs' counsel served a true and correct copy of Plaintiffs' Initial Disclosures and document production, bates labeled Plaintiffs 0001–15564 upon all counsel of record via electronic mail.

Respectfully submitted on August 22, 2025.

               ANDERSEN, TATE & CARR, P.C.

               */s/ Jennifer M. Webster*
               PATRICK J. MCDONOUGH
               Georgia Bar No. 489855
               pmcdonough@atclawfirm.com
               JONATHAN S. TONGE
               Georgia Bar No. 303999
               jtonge@atclawfirm.com
               JENNIFER M. WEBSTER
               Georgia Bar No. 760381
               jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

2

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARr, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile