IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O. and S.D., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:25-cv-03201-TRJ |
| v. ) | |
| ) | |
| JANKI MOTEL, INC., ) | |
| ) | |
| Defendant. ) | |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Pursuant to Local Rule 5.4, I hereby certify that I have this day served (1) **Defendant Janki Motel, Inc.'s First Interrogatories to Plaintiff K.W.**; (2) **Defendant Janki Motel, Inc.'s First Request for Production of Documents and Things and Notice to Produce to Plaintiff K.W.**; (3) **Defendant Janki Motel, Inc.'s First Interrogatories to Plaintiff T.O.**; (4) **Defendant Janki Motel, Inc.'s First Request for Production of Documents and Things and Notice to Produce to Plaintiff T.O.**; (5) **Defendant Janki Motel, Inc.'s First Interrogatories to Plaintiff S.D.**; and (6) **Defendant Janki Motel, Inc.'s First Request for Production of Documents and Things and Notice to Produce to Plaintiff S.D.** to all parties through counsel of record by transmitting a true and correct copy in portable document format (PDF) via statutory electronic email to:

-2-

Patrick J. McDonough  
pmcdonough@atclawfirm.com  
Jonathan S. Tonge  
jtonge@atclawfirm.com  
Jennifer M. Webster  
jwebster@atclawfirm.com  
Anderson Tate & Carr  
*Attorneys for Plaintiffs*

This 4th day of September, 2025.

           **FREEMAN MATHIS & GARY, LLP**

           */s/ Emma J. Fennelly*
           Jennifer C. Adair
           Georgia Bar No. 001901
           JAdair@fmglaw.com
           Emma J. Fennelly
           Georgia Bar No. 610587
           Emma.fennelly@fmglaw.com

           *Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
*Attorneys for Plaintiffs*

This 4th day of September, 2025.

/s/ Emma J. Fennelly
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Defendant Janki Motel, Inc.*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)