# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., S.D., | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:25-cv-03201-TRJ |
| v. | ) |
| JANKI MOTEL, INC. | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 5.4, I hereby certify that I have this day served (1) **DEFENDANT JANKI MOTEL, INC.'S OBJECTIONS AND RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR ADMISSION**; (2) **DEFENDANT JANKI MOTEL, INC.'S OBJECTIONS AND RESPONSE TO PLAINTIFFS' FIRST INTERROGATORIES**; and (3) **DEFENDANT JANKI MOTEL, INC.'S OBJECTIONS AND RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to all parties through counsel of record by transmitting a true and correct copy in portable document format (PDF) via statutory electronic email to:

-2-

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 29th day of September, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emma J. Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
*Attorneys for Plaintiffs*

This 29th day of September, 2025.

/s/ Emma J. Fennelly
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Defendant Janki Motel, Inc.*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)