UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

K.W., T.O., and
S.D.,

      Plaintiffs,

v.

JANKI MOTEL, INC.,

      Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-03201-TRJ

## CERTIFICATE OF SERVICE

This is to certify that on October 6, 2025, undersigned counsel for Plaintiffs served a true and correct copy of Plaintiff K.W.'s Objections and Responses to Defendant Janki Motel, Inc.'s First Interrogatories to Plaintiff K.W., Plaintiff K.W.'s Objections and Responses to Defendant Janki Motel, Inc.'s First Requests for Production of Documents and Things and Notice to Produce to Plaintiff K.W., Plaintiff S.D.'s Objections and Responses to Defendant Janki Motel, Inc.'s First Requests for Production of Documents and Notice to Produce to Plaintiff S.D., Plaintiff S.D.'s Objections and Responses to Defendant Janki Motel, Inc.'s First Interrogatories to Plaintiff S.D., Plaintiff T.O.'s Objections and Responses to Defendant Janki Motel, Inc.'s First Interrogatories to Plaintiff T.O., Plaintiff T.O.'s Objections and Responses to Defendant Janki Motel, Inc.'s First Requests for Production of Documents and Things and Notice to Produce to Plaintiff T.O., and Plaintiffs' bates

labeled documents Plaintiffs 15565–18298 via electronic mail to all counsel of record.

Respectfully submitted on October 7, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile