AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:25-cv-03201-TRJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for **Axay Patel** on **10/10/2025**:

[X] I served the subpoena by delivering a copy to the named person as follows: **2942 Lawrenceville Hwy, Tucker, GA 30084** on **10/10/2025 at 11:55 AM**

**I delivered the documents, Servee Check for Axay Patel ($56.45); SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF INTENT TO SERVE SUBPOENAS; CERTIFICATE OF COMPLIANCE; PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF AXAY PATEL, to Axay Patel with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Pacific Islander male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with an accent, glasses and a mustache.**; or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/10/2025

*Server's signature*

**Bela Farkas**
*Printed name and title*

**1449 Druid Valley Dr NE Apt F**
**Atlanta, GA 30329**

*Server's address*

Additional information regarding attempted service, etc:




Tracking #: 0190184628

# Georgia Certified Process Server



Bela Farkas

Cert. Date   2023-11-30

Exp. Date   2026-11-30

ID #        CPS341

**NON LAW ENFORCEMENT**