IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., S.D., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:25-cv-03201-TRJ |
| v. ) | |
| ) | |
| JANKI MOTEL, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE TO TAKE THE VIDEO DEPOSITION OF PLAINTIFF T.O.

PLEASE TAKE NOTICE that on Thursday, December 4, 2025, beginning at 10:00 a.m. at Holiday Inn Express & Suites, 116 Hospitality Drive, Jackson, Georgia 30233, the undersigned counsel for defendant will take the video deposition of plaintiff T.O. pursuant to Rule 30 of the Federal Rules of Civil Procedure for all purposes authorized by law before a court reporter duly authorized to administer oaths. The deposition will be taken before a certified court reporter and videographer or some other officer duly authorized by law to take depositions and will continue from day to day, excluding Saturdays, Sundays, and holidays, until its completion.

This 10th day of November, 2025.

[SIGNATURE ON FOLLOWING PAGE]

          **FREEMAN MATHIS & GARY, LLP**

          */s/ Emma J. Fennelly*
          Jennifer C. Adair
          Georgia Bar No. 001901
          jadair@fmglaw.com
          Emma J. Fennelly
          Georgia Bar No. 610587
          emma.fennelly@fmglaw.com

          *Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT'S NOTICE TO TAKE THE VIDEO DEPOSITION OF PLAINTIFF T.O.** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 10th day of November, 2025.

| | |
|---|---|
| | */s/ Emma J. Fennelly* |
| | Jennifer C. Adair |
| | Georgia Bar No. 001901 |
| | jadair@fmglaw.com |
| | Emma J. Fennelly |
| | Georgia Bar No. 610587 |
| | emma.fennelly@fmglaw.com |
| **FREEMAN MATHIS & GARY, LLP** | |
| 100 Galleria Parkway | *Attorneys for Defendant Janki Motel, Inc.* |
| Suite 1600 | |
| Atlanta, GA 30339-5948 | |
| (770) 818-0000 (telephone) | |
| (833) 330-3669 (facsimile) | |