UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., and S.D., <br><br>       Plaintiffs, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br>       Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-03201-TRJ |

**NOTICE OF ISSUANCE OF SUBPOENAS**

Pursuant to Fed. R. Civ. P. 45(a)(4), you are hereby notified that Plaintiffs, by and through their attorney, Jennifer M. Webster, intend to issue subpoenas to the following:

- AmWINS Brokerage of New England, LLC, c/o C T Corporation System, 1201 Peachtree Street, NE, Atlanta, Georgia, 30361 & Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801;

- Allied World National Assurance Company, c/o Corporation Service Company, 2 Sun Court, Suite 4000, Peachtree Corners, Georgia 30092;

- Auto-Owners Insurance Company, c/o CT Corporation System, 289 South Culver Street, Lawrenceville, Georgia 30046;

- MGH Insurance, c/o Managing Agent, 426 E Taylor Street, Griffin, Georgia 30223; and

- Occidental Fire & Casualty Company of North Carolina, c/o CT Corporation System, 289 South Culver Street, Lawrenceville, Georgia 30046

Prior to service, a copy of the subpoenas will be electronically mailed to Defendant's counsel of record.

Respectfully submitted on January 7, 2026.

                                      ANDERSEN, TATE & CARR, P.C.

                                      */s/ Jennifer M. Webster*
                                      PATRICK J. MCDONOUGH
                                      Georgia Bar No. 489855
                                      pmcdonough@atclawfirm.com
                                      JONATHAN S. TONGE
                                      Georgia Bar No. 303999
                                      jtonge@atclawfirm.com
                                      JENNIFER M. WEBSTER
                                      Georgia Bar No. 760381
                                      jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile