UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., and S.D., <br><br> Plaintiffs, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-03201-TRJ |

**PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF SATNAM SINGH**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, Counsel for Plaintiffs will take the videotaped deposition of SATNAM SINGH. The deposition will take place on February 12, 2026 at 10:00 a.m. EST at Andersen, Tate & Carr, P.C., 1960 Satellite Boulevard, Suite 4000, Duluth, Georgia 30097 and be conducted in person. The deposition will be taken under cross-examination before an officer duly authorized to administer oaths, by stenographic and video means, and will be taken for discovery, for use at trial, and for all permissible purposes. The oral examination will continue from day to day until completed.

Opposing counsel may attend and examine.

Respectfully submitted on January 13, 2026.

                                  ANDERSEN, TATE & CARR, P.C.

                                  */s/ Jennifer M. Webster*
                                  PATRICK J. MCDONOUGH
                                  Georgia Bar No. 489855
                                  pmcdonough@atclawfirm.com
                                  JONATHAN S. TONGE
                                  Georgia Bar No. 303999
                                  jtonge@atclawfirm.com
                                  JENNIFER M. WEBSTER
                                  Georgia Bar No. 760381
                                  jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile