UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., and S.D.,<br><br>　　Plaintiffs,<br><br>v.<br><br>JANKI MOTEL, INC.,<br><br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-03201-TRJ |

## CERTIFICATE OF SERVICE

This is to certify that on February 2, 2026, undersigned counsel for Plaintiffs served a true and correct copy of Plaintiff K.W.'s Supplemental Objections and Responses to Defendant Janki Motel, Inc.'s First Interrogatories to Plaintiff K.W., Plaintiff K.W.'s Supplemental Objections and Responses to Defendant Janki Motel, Inc.'s First Requests for Production of Documents and Things and Notice to Produce to Plaintiff K.W., Plaintiff S.D.'s Supplemental Objections and Responses to Defendant Janki Motel, Inc.'s First Requests for Production of Documents and Notice to Produce to Plaintiff S.D., Plaintiff S.D.'s Supplemental Objections and Responses to Defendant Janki Motel, Inc.'s First Interrogatories to Plaintiff S.D., Plaintiff T.O.'s Supplemental Objections and Responses to Defendant Janki Motel, Inc.'s First Interrogatories to Plaintiff T.O., Plaintiff T.O.'s Supplemental Objections and

Responses to Defendant Janki Motel, Inc.'s First Requests for Production of Documents and Things and Notice to Produce to Plaintiff T.O., and Plaintiffs' supplemental document production, bates labeled documents Plaintiffs 18299-18453 via electronic mail to all counsel of record.

Respectfully submitted on February 3, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                       ANDERSEN, TATE & CARR, P.C.

                                       */s/ Jennifer M. Webster*
                                       PATRICK J. MCDONOUGH
                                       Georgia Bar No. 489855
                                       pmcdonough@atclawfirm.com
                                       JONATHAN S. TONGE
                                       Georgia Bar No. 303999
                                       jtonge@atclawfirm.com
                                       JENNIFER M. WEBSTER
                                       Georgia Bar No. 760381
                                       jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile