UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., and S.D., <br><br>    Plaintiffs, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br>    Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-03201-TRJ |

## CERTIFICATE OF SERVICE

This is to certify that on February 2, 2026, undersigned counsel for Plaintiffs served a true and correct copy of Plaintiffs' Second Request for Admission to Defendant Janki Motel, Inc., upon all counsel of record via electronic mail.

Respectfully submitted on February 3, 2026.

                                              ANDERSEN, TATE & CARR, P.C.

                                              */s/ Jennifer M. Webster*
                                              PATRICK J. MCDONOUGH
                                              Georgia Bar No. 489855
                                              pmcdonough@atclawfirm.com
                                              JONATHAN S. TONGE
                                              Georgia Bar No. 303999
                                              jtonge@atclawfirm.com
                                              JENNIFER M. WEBSTER
                                              Georgia Bar No. 760381
                                              jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                            ANDERSEN, TATE & CARR, P.C.

                                            */s/ Jennifer M. Webster*
                                            PATRICK J. MCDONOUGH
                                            Georgia Bar No. 489855
                                            pmcdonough@atclawfirm.com
                                            JONATHAN S. TONGE
                                            Georgia Bar No. 303999
                                            jtonge@atclawfirm.com
                                            JENNIFER M. WEBSTER
                                            Georgia Bar No. 760381
                                            jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile