UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.W., T.O., AND S.D. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:25-cv-03201-TRJ |
| JANKI MOTEL, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AUTO-OWNERS INSURANCE COMPANY'S RESPONSE AND OBJECTIONS TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

COMES NOW, Auto-Owners Insurance Company (hereinafter "Defendant"), by and through the undersigned attorneys, and hereby files RESPONSE AND OBJECTIONS TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS and RESPONDS AS FOLLOWS:

**GENERAL OBJECTIONS**

1. Auto-Owners objects to Plaintiff's Requests on the basis that they seek information which is not relevant nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff's subpoena and inquiry is directed to Auto-Owners Insurance Company but Auto-Owners Insurance Company has no insurer/insured relationship with the named Defendant, Janki Motel, Inc.. Auto-Owners Insurance Company did not issue a policy of insurance to Janki Motel, Inc. or any other party or interested witness in this matter. Rather, Owners Insurance Company issued policies of insurance to Defendant Janki Motel, Inc.

2. Auto-Owners objects to Plaintiff's Requests on the basis that Plaintiff seeks to improperly introduce evidence of liability insurance of the Defendant and that this information is irrelevant, not reasonably calculated to lead to the discovery of admissible evidence, and unduly prejudicial.

3. Auto-Owners objects to Plaintiff's Requests on the basis that it seeks information which violates the attorney client privilege and work product privilege as it seeks information which was obtained and/or generated in anticipation of litigation and Plaintiff has not made any showing of substantial need or undue hardship.

4. Auto-Owners objects to Plaintiff's Requests on the basis that it is overbroad and unduly burdensome as it is not reasonably limited to scope, geography, duration or time.

5. Auto-Owners objects to Plaintiff's Requests on the basis that it seeks confidential, proprietary information and information that is considered trade secret.

6. Auto-Owners objects to Plaintiff's Requests on the basis that they seek information which is confidential, proprietary, financial and other private information from its insured, Janki Motels, Inc.

## SPECIFIC REQUESTS

1. All insurance policies completed on behalf of or for Janki Motel, Inc. by any persons from January 2014 — December 2015, including all documents attached to any application and all correspondence and/or emails related to each application;

**RESPONSE/OBJECTION: Auto-Owners objects to this Request on the basis that it seeks information that is not relevant to any issue in this litigation and which is not reasonably calculated to lead to the discovery of admissible evidence. Auto-Owners objects to this Request on the basis that it is vague and ambiguous as it is unclear what information this**

Request seeks through its request for policies "completed. . . by any persons." Auto-Owners objects to this Request on the basis that it did not issue any policy of insurance to Janki Motels, Inc. Auto-Owners objects on the basis that this Request is overbroad and not reasonably limited in time, subject matter, or scope. Auto-Owners objects to this Request on the basis it seeks the disclosure of confidential, financial, pecuniary, and private business information of Janki Motels which is wholly unrelated to the issues at issue in this litigation.

Subject to these objections, Auto-Owners will produce a copy of the policy(ies) of insurance issued by Owners Insurance Company to Janki Motels, Inc. subject to redactions to protect privileged or otherwise protected information.

**2.** All insurance policies, including primary, excess, umbrella, or any other type of insurance policy whatsoever, issued for or on behalf of Janki Motel, Inc. from January 2014 — December 2015, including all declaration pages, schedules, exclusions, addendums, or any other document attached to or provided with each policy; and

**RESPONSE/OBJECTIONS**: Auto-Owners objects to this Request on the basis that it is duplicative and that it seeks information which is substantially similar to the information sought in other Requests. Auto-Owners objects to this Request on the basis that it seeks information that is not relevant to any issue in this litigation and which is not reasonably calculated to lead to the discovery of admissible evidence. Auto-Owners objects to this Request on the basis that it did not issue any policy of insurance to Janki Motels, Inc. Auto-Owners objects on the basis that this Request is overbroad and not reasonably limited in time, subject matter, or scope. Auto-Owners objects to this Request on the basis it seeks the disclosure of confidential, financial, pecuniary, and private business information of Janki Motels which is wholly unrelated to the issues at issue in this litigation.

**Subject to these objections, Auto-Owners will produce a copy of the policy(ies) of insurance issued by Owners Insurance Company to Janki Motels, Inc. subject to redactions to protect privileged information.**

 3. All reservation of rights letters or declarations letters from any insurance company related to any policy issued for or on behalf of Janki Motel, Inc. from January 2014 — December 2015.

**Auto-Owners objects to this Request on the basis that it seeks information that is not relevant to any issue in this litigation and which is not reasonably calculated to lead to the discovery of admissible evidence. Auto-Owners objects to this Request on the basis that it did not issue any policy of insurance to Janki Motels, Inc. and did not issue any reservation of rights letters to Janki Motels, Inc.  Auto-Owners objects on the basis that this Request is overbroad and not reasonably limited in time, subject matter, or scope.  Auto-Owners objects to this Request on the basis it seeks the disclosure of confidential, financial, pecuniary, and private business information of Janki Motels which is wholly unrelated to the issues at issue in this litigation.**

**Subject to, and without waiving the forgoing, Auto-Owners will produce reservation of rights letters issued to Janki Motels, Inc.**

 Respectfully submitted this 6th day of February, 2026.

                                                 **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                                 */s/Jessica M. Phillips*
                                                 Jessica M. Phillips
                                                 Georgia Bar No. 922902
                                                 *Attorney for Defendant Auto-Owners Insurance Company*

1420 Peachtree Street, NE
Suite 800

Atlanta, GA  30309
(404) 874-8800
jessica.phillips@swiftcurrie.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing pleadin*g* with the Clerk of Court using the Odyssey e-filing system, which will automatically send e-mail notification and service of such filing to counsel of record follows:

Michael B. Weinstein
Gladys Reyes-Huesca
WEINSTEIN & BLACK, LLC
3050 Amwiler Road, Suite 200-C
Atlanta, GA 30360
mike@wblegal.net
greyeshuesca@gmail.com
*Attorneys for Plaintiffs*

This 6th day of February 2026.

                                          **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                          */s/Jessica M. Phillips*
                                          Jessica M. Phillips
                                          Georgia Bar No. 922902
                                          Taylor C. Gore
                                          Georgia Bar No. 205817
                                          *Attorneys for Defendant Auto-Owners Insurance Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
(404) 874-8800
jessica.phillips@swiftcurrie.com
taylor.gore@swiftcurrie.com

4934-1248-2445, v. 1