IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., S.D., | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:25-cv-03201-TRJ |
| v. | ) |
| JANKI MOTEL, INC. | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## NOTICE OF SERVICE OF SUBPOENAS

YOU ARE HEREBY NOTIFIED, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendant intends to serve Subpoenas to Testify at a Deposition in a Civil Action to the following: Calvin D. King, Christyle Williams, Ciera Lollar, Lewis J. Richardson, and Rosemary White.

Copies of the foregoing subpoenas issued are being contemporaneously served upon counsel via statutory electronic service as follows:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 18th day of February, 2026.

                                        **FREEMAN MATHIS & GARY, LLP**

                                        <u>*/s/ Jennifer C. Adair*</u>
                                        Jennifer C. Adair
                                        Georgia Bar No. 001901

                                        *Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF SERVICE OF SUBPOENAS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 18th day of February, 2026.

>   */s/ Jennifer C. Adair*
>   Jennifer C. Adair
>   Georgia Bar No. 001901
>
>   *Attorneys for Defendant Janki Motel, Inc.*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)
jadair@fmglaw.com