IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., S.D., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:25-cv-03201-TRJ |
| v. ) | |
| ) | |
| JANKI MOTEL, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE TO TAKE THE
## VIRTUAL DEPOSITION OF LEWIS M. RICHARDSON

PLEASE TAKE NOTICE that on Wednesday, March 4, 2026, beginning at 2:00 p.m., the undersigned counsel for defendant will take the virtual deposition of Lewis M. Richardson pursuant to Rule 30 of the Federal Rules of Civil Procedure for all purposes authorized by law before a court reporter duly authorized to administer oaths. The deposition will be taken before a certified court reporter or some other officer duly authorized by law to take depositions and will continue from day to day, excluding Saturdays, Sundays, and holidays, until its completion.

NOTICE IS FURTHER GIVEN that undersigned counsel shall conduct this deposition utilizing a secure web-based deposition platform to provide remote/virtual access for the parties via the internet. In addition, undersigned counsel reserves the right to utilize instant visual display technology such that the

court reporter's writing of the proceeding will be displayed simultaneous to their writing of the same on one's laptop, iPad, tablet or other type of display device connected to the court reporter.

This 18th day of February, 2026.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901

*Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)
jadair@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT'S NOTICE TO TAKE THE VIRTUAL DEPOSITION OF LEWIS M. RICHARDSON** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 18th day of February, 2026.

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948<br>(770) 818-0000 (telephone)<br>(833) 330-3669 (facsimile)<br>jadair@fmglaw.com | */s/ Jennifer C. Adair*<br>Jennifer C. Adair<br>Georgia Bar No. 001901<br><br>*Attorneys for Defendant Janki Motel, Inc.* |