IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.W., T.O., S.D., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO.: 1:25-CV-03201-TRJ |
| | ) | |
| JANKI MOTEL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT MOTION TO EXTEND THE DISCOVERY PERIOD AND AMEND THE SCHEDULING ORDER**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the parties move this Court to extend the discovery period and amend the Scheduling Order, showing as follows:

1. This lawsuit is a consolidation of three separate lawsuits originally filed by K.W., T.O., and S.D. on June 6, 2025. Each of these three plaintiffs contends that she was trafficked for sex at the defendant's hotel during various time periods.

2. The discovery period commenced on August 22, 2025, and is set to expire on February 23, 2026.

3. Since the beginning of discovery the parties have engaged diligently in exchanging written discovery and obtaining documents through subpoena from non-parties. Defendants have taken the depositions of all three plaintiffs

and have deposed two fact witnesses identified by plaintiffs. Plaintiffs have taken the deposition of defendant and its owner, as well as the depositions of the owner's brother and an employee of the owner's brother.

4. On February 2, 2026, plaintiffs supplemented their discovery responses to disclose multiple additional witnesses, including other alleged victims, an alleged hotel employee, and police officers. Plaintiffs further produced written declarations from four of these witnesses, two of whom are police officers. The parties agree that Defendant should have the opportunity to depose these witnesses. Five such depositions have already been scheduled to take place in February and March, but additional witness depositions remain to be scheduled.

5. Accordingly the parties move the Court for an extension of the discovery period through and including April 23, 2026.

6. A proposed Order is attached for the Court's convenience.

Respectfully submitted this 20th day of February, 2026.

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP** | **ANDERSON TATE & CARR** |
| */s/ Jennifer C. Adair* | */s/ Patrick J. McDonough* |
| Jennifer C. Adair | Patrick J. McDonough |
| Georgia Bar No. 001901 | Georgia Bar No. |
| JAdair@fmglaw.com | pmcdonough@atclawfirm.com |
| 100 Galleria Parkway, Suite 1600 | Jonathan S. Tonge |
| Atlanta, Georgia 30339 | Georgia Bar No. |
| (678) 996-9133 | jtonge@atclawfirm.com |
| | Jennifer M. Webster |
| *Attorneys for Janki Motel, Inc.* | Georgia Bar No. |
| | jwebster@atclawfirm.com |
| | One Sugarloaf Centre |
| | 1960 Satellite Blvd., Suite 4000 |
| | Duluth, Georgia 30097 |
| | (770) 822-0900 |
| | |
| | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **CONSENT MOTION TO EXTEND DISCOVERY AND PROPOSED AMENDED SCHEDULING ORDER** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
Counsel for Plaintiff

This 20th day of February, 2026.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com

*Attorneys for Janki Motel, Inc.*

- 5 -

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing document has been prepared in accordance with L.R. 5.1 using Century Schoolbook font, 13-point.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com

*Attorneys for Janki Motel, Inc.*