IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.W., T.O., S.D., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO.: 1:25-CV-03201-TRJ |
| | ) | |
| JANKI MOTEL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **AMENDED SCHEDULING ORDER**

This matter is before the Court upon review of the parties' Consent Motion to Extend Discovery (Doc. 50). Good cause having been shown, the Court approves the parties' request for an extended discovery period.

IT IS HEREBY ORDERED that the parties shall have until April 23, 2026, to complete discovery. Summary judgment motions shall be due on or before May 25, 2026. If no summary judgment motions are filed, the parties must submit a proposed consolidated pretrial order, consistent with Local Rule 16.4, by May 25, 2026. However, if a summary judgment motion is filed, the proposed consolidated pretrial order shall be due within 30 days of the Court's ruling on the motion for summary judgment.

IT IS FURTHER ORDERED that, in addition to the above deadlines, the parties must also adhere to the Guidelines to Parties and Counsel in Civil

Cases Proceeding Before the Honorable Tiffany R. Johnson and any additional deadlines contained therein. (Doc. 8). Failure to comply with this Order or the Guidelines may result in the imposition of sanctions, including the dismissal of this action or a default judgment.

  SO ORDERED, this _____ day of February, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge