UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., and S.D., <br><br>　　Plaintiffs, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br>　　Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-03201-TRJ |

**NOTICE OF ISSUANCE OF SUBPOENA**

Pursuant to Fed. R. Civ. P. 45(a)(4), you are hereby notified that Plaintiffs, by and through their attorney, Jennifer M. Webster, intend to issue subpoenas to the following:

- Allied World National Assurance Company, c/o Corporation Service Company, 2 Sun Court, Suite 4000, Peachtree Corners, Georgia 30092;

Prior to service, a copy of the subpoena will be electronically mailed to Defendant's counsel of record.

Respectfully submitted on February 23, 2026.

　　　　　　　　　　　　　　　　　　ANDERSEN, TATE & CARR, P.C.

　　　　　　　　　　　　　　　　　　*/s/ Jennifer M. Webster*
　　　　　　　　　　　　　　　　　　PATRICK J. MCDONOUGH
　　　　　　　　　　　　　　　　　　Georgia Bar No. 489855
　　　　　　　　　　　　　　　　　　pmcdonough@atclawfirm.com
　　　　　　　　　　　　　　　　　　JONATHAN S. TONGE
　　　　　　　　　　　　　　　　　　Georgia Bar No. 303999

          jtonge@atclawfirm.com
          JENNIFER M. WEBSTER
          Georgia Bar No. 760381
          jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                              ANDERSEN, TATE & CARR, P.C.

                                              */s/ Jennifer M. Webster*
                                              PATRICK J. MCDONOUGH
                                              Georgia Bar No. 489855
                                              pmcdonough@atclawfirm.com
                                              JONATHAN S. TONGE
                                              Georgia Bar No. 303999
                                              jtonge@atclawfirm.com
                                              JENNIFER M. WEBSTER
                                              Georgia Bar No. 760381
                                              jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile