UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., and S.D., <br><br> Plaintiffs, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-03201-TRJ |

**PLAINTIFFS' CROSS-NOTICE OF THE
VIRTUAL DEPOSITION OF LEWIS M. RICHARDSON**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby cross-notice the deposition of LEWIS M. RICHARDSON. The deposition will take place on March 4, 2026, at 2:00 p.m., EST via Zoom. The deposition will be taken under cross-examination before an officer duly authorized to administer oaths, by stenographic and video means, and will be taken for discovery, for use at trial, and for all permissible purposes. The oral examination will continue from day to day until completed.

Respectfully submitted on February 23, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855

        pmcdonough@atclawfirm.com
        JONATHAN S. TONGE
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                                ANDERSEN, TATE & CARR, P.C.

                                                */s/ Jennifer M. Webster*
                                                PATRICK J. MCDONOUGH
                                                Georgia Bar No. 489855
                                                pmcdonough@atclawfirm.com
                                                JONATHAN S. TONGE
                                                Georgia Bar No. 303999
                                                jtonge@atclawfirm.com
                                                JENNIFER M. WEBSTER
                                                Georgia Bar No. 760381
                                                jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile