IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.W., T.O., S.D., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO.: 1:25-CV-03201-TRJ |
| | ) | |
| JANKI MOTEL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW attorney **Venus S. Esfandiari** of the law firm Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339, and hereby enters this appearance as counsel of record for Defendant Janki Motel, Inc. Jennifer C. Adair shall remain as lead counsel for Defendant.

This 24th day of February, 2026.

/s/ Venus S. Esfandiari
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Venus S. Esfandiari
Georgia Bar No. 416411
venus.esfandiari@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
(770) 818-0000 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF ENTRY OF APPEARANCE** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.

This 24th day of February, 2026.

/s/ *Venus S. Esfandiari*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Venus S. Esfandiari
Georgia Bar No. 416411
venus.esfandiari@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
(770) 818-0000 (telephone)