IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., S.D., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:25-cv-03201-TRJ |
| v. ) | |
| ) | |
| JANKI MOTEL, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## DEFENDANT'S AMENDED NOTICE TO TAKE THE VIDEO DEPOSITION OF ROSEMARY WRIGHT

PLEASE TAKE NOTICE that on Tuesday, March 3, 2026, beginning at 10:00 a.m. at Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339, the undersigned counsel for defendant will take the video deposition of Rosemary Wright pursuant to Rule 30 of the Federal Rules of Civil Procedure for all purposes authorized by law before a court reporter duly authorized to administer oaths. The deposition will be taken before a certified court reporter and videographer or some other officer duly authorized by law to take depositions and will continue from day to day, excluding Saturdays, Sundays, and holidays, until its completion.

This 25th day of February, 2026.

[SIGNATURE ON FOLLOWING PAGE]

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901

*Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)
jadair@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT'S AMENDED NOTICE TO TAKE THE VIDEO DEPOSITION OF ROSEMARY WRIGHT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 25th day of February, 2026.

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948<br>(770) 818-0000 (telephone)<br>(833) 330-3669 (facsimile)<br>jadair@fmglaw.com | */s/ Jennifer C. Adair*<br>Jennifer C. Adair<br>Georgia Bar No. 001901<br><br>*Attorneys for Defendant Janki Motel, Inc.* |