UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., and S.D., <br><br> Plaintiffs, <br><br> v. <br><br> JANKI MOTEL, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-03201-TRJ |

**PLAINTIFFS' CROSS-NOTICE OF THE
VIDEOTAPED DEPOSITION OF ROSEMARY WRIGHT**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby cross-notice the deposition of ROSEMARY WRIGHT. The deposition will take place on March 3, 2026, at 10:00 a.m. EST at Freeman, Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339. The deposition will be taken under cross-examination before an officer duly authorized to administer oaths, by stenographic and video means, and will be taken for discovery, for use at trial, and for all permissible purposes. The oral examination will continue from day to day until completed.

Respectfully submitted on February 26, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

          PATRICK J. MCDONOUGH
          Georgia Bar No. 489855
          pmcdonough@atclawfirm.com
          JONATHAN S. TONGE
          Georgia Bar No. 303999
          jtonge@atclawfirm.com
          JENNIFER M. WEBSTER
          Georgia Bar No. 760381
          jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Jennifer M. Webster*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        JENNIFER M. WEBSTER
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile