IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.W., T.O., S.D., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:25-cv-03201-TRJ |
| v. | ) | |
| | ) | |
| JANKI MOTEL, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF SUBPOENA

YOU ARE HEREBY NOTIFIED, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendant intends to serve a Subpoena to Testify at a Deposition in a Civil Action to L.H.

A copy of the foregoing subpoena issued is being contemporaneously served upon counsel via statutory electronic service as follows:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 9th day of March, 2026.

                                  **FREEMAN MATHIS & GARY, LLP**

                                  */s/ Jennifer C. Adair*
                                  Jennifer C. Adair
                                  Georgia Bar No. 001901

                                  *Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF SERVICE OF SUBPOENA** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 9th day of March, 2026.

                                    */s/ Jennifer C. Adair*
                                    Jennifer C. Adair
                                    Georgia Bar No. 001901

                                    *Attorneys for Defendant Janki Motel, Inc.*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)
jadair@fmglaw.com