To: All Judges, Clerk of Court, and Counsel of Record

From: Jennifer C. Adair

Re: Notice of Leave of Absence

Date: March 9, 2026

_____

COMES NOW Jennifer C. Adair and respectfully notifies all Judges before whom she has cases pending (see the attached Exhibit A), all affected Clerks of Court, and all Opposing Counsel, that she will be on leave pursuant to Georgia Uniform Court Rule 16. The periods of leave during which time Applicant will be away from the practice of law are:

- *April 13-17, 2026*
- *April 20-24, 2026*
- *April 27-30, 2026*
- *May 27-29, 2026*
- *June 1-4, 2026*
- *September 17, 18, 21, 22, 2026*

The purpose of the leave is: *personal vacation*.

All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This 9th day of March, 2026.

                            **FREEMAN MATHIS & GARY, LLP**

                            */s/ Jennifer C. Adair*
                            Jennifer C. Adair
                            Georgia Bar No. 001901

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

| Exhibit A – USDC, Northern District of Georgia | | |
|---|---|---|
| **Case Information** | **Judge** | **Counsel of Record** |
| Heather Hunter v. Gregory O. Burke, Evans Delivery Company Inc., E.F. Corporation dba West Motor Freight of PA. GWTM, LLC, United Specialty Insurance Company and ABC Corp. 1-3, John Does 1-3<br>1:25-cv-05823 | Honorable Mark H. Cohen | Joshua G. Davis<br>Sword & Shield Attorneys, P.C.<br>1050 Crowne Pointe Parkway, Suite 500<br>Atlanta, GA 30356<br>jgdavis@sworldandshieldlaw.com |
| B.L. v. Daksh & Lakshita, LLC<br>1:25-cv-06268-SEG | Honorable Sara E. Geraghty | Matthew B. Stoddard<br>Patrick J. Hannon<br>The Stoddard Firm<br>1534 N. Decatur Road, NE<br>Atlanta, Georgia 30307<br>matt@legalhelpga.com<br>patt@legalhelpga.com |
| Gerry McCrimon v. Joel Rodriguez Negron and E-Transport Carriers, LLC<br>1:25-cv-04576-JPB | Honorable J.P. Boulee | Forrest F. Schrum IV<br>Morgan & Morgan Atlanta, PLLC<br>11605 Haynes Bridge Road<br>Suite 490<br>Alpharetta, Georgia 30009<br>Forrest.schrum@forthepeople.com |
| T.S. v. Gateway, Inc. d/b/a Best American Inn<br>1:25-cv-05444-MHC | Honorable Mark H. Cohen | Matthew B. Stoddard<br>Carson L. Wynn<br>The Stoddard Firm<br>1534 N Decatur Road<br>Atlanta, Georgia 30307<br>matt@LegalHelpGa.com<br>carson@LegalHelpGa.com |
| K.W. v. Janki Motel, Inc.<br>1:25-cv-03201-TRJ | Honorable Tiffany R. Johnson | Patrick J. McDonough<br>Jonathan S. Tonge<br>Jennifer M. Webster<br>Andersen Tate & Carr, P.C. |

| Exhibit A – USDC, Northern District of Georgia |||
|---|---|---|
| **Case Information** | **Judge** | **Counsel of Record** |
| | | One Sugarloaf Centre<br>1960 Satellite Boulevard, Suite 4000<br>Duluth, Georgia 30097<br>jmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com<br>jwebster@atclawfirm.com |