IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., S.D., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:25-cv-03201-TRJ |
| v. ) | |
| ) | |
| JANKI MOTEL, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

**MOTION TO REMOVE NAMES**

NOW COME defendant Janki Motel ("defendant") files this motion and hereby requests that this Court remove the names from the Notices of Depositions filed with this Court, showing this Court as follows:

In the Court's Order, filed July 2, 2025, this Court ordered that "all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to all witnesses identified by either party as a victim or suspected victim of sex trafficking as well as plaintiff's family members by using pseudonymous initials only." (Doc. 6, p. 3.) Further, this Court ordered that "for any publicly filed documents, the name of plaintiff, all witnesses identified as or suspected of being sex trafficking victims, and plaintiff's family members shall be redacted or referred to only by the appropriate pseudonymous initials." (Id.)  As such, since "Notices of Depositions" are publicly filed documents, defendant requests that this Court redact the names in these filings, which are labeled in this Court's docket as Doc. 45, Doc. 46 and Doc. 60.

Defendant has also attached a proposed order for the convenience of this Court.

**FREEMAN MATHIS & GARY, LLP**

<u>*/s/ Jennifer C. Adair*</u>
Jennifer C. Adair
Georgia Bar No. 001901
Venus S. Esfandiari
Georgia Bar No. 416411

*Attorneys for Defendant Janki Motel, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **MOTION TO REMOVE NAMES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 11th day of March, 2026.

          */s/ Jennifer C. Adair*
          Jennifer C. Adair
          Georgia Bar No. 001901

          *Attorneys for Defendant Janki Motel, Inc.*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)
jadair@fmglaw.com