IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |  | |
|---|---|---|---|
| K.W., T.O., S.D., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | Civil Action No. 1:25-cv-03201-TRJ | |
| v. | ) | | |
| | ) | | |
| JANKI MOTEL, INC. | ) | JURY TRIAL DEMANDED | |
| | ) | | |
| Defendant. | ) | | |

## ORDER GRANTING MOTION TO REMOVE NAMES

The Court, having read and considered the Motion to Remove Names, hereby **GRANTS** said motion. It is hereby **ORDERED** that the names disclosed in the Notices of Deposition, filed into this Court's docket as Doc. 45, 46, and 60, be removed.

**IT IS SO ORDERED** this _____ day of _____, 2026.

_____
**Tiffany R. Johnson**
**United States District Judge**