# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., S.D., | ) |
|     Plaintiffs, | ) |
| | )    Civil Action No. 1:25-cv-03201-TRJ |
| v. | ) |
| JANKI MOTEL, INC. | )    **JURY TRIAL DEMANDED** |
|     Defendant. | ) |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Pursuant to Local Rule 5.4, I hereby certify that I have this day served **DEFENDANT JANKI MOTEL, INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSE TO PLAINTIFFS' FIRST INTERROGATORIES** to all parties through counsel of record by transmitting a true and correct copy in portable document format (PDF) via statutory electronic service to:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 16th day of March, 2026.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com

*Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Patrick J. McDonough
>pmcdonough@atclawfirm.com
>Jonathan S. Tonge
>jtonge@atclawfirm.com
>Jennifer M. Webster
>jwebster@atclawfirm.com
>Anderson Tate & Carr
>One Sugarloaf Centre
>1960 Satellite Boulevard, Suite 4000
>Duluth, Georgia 30097
>*Attorneys for Plaintiffs*

This 16th day of March, 2026.

>/s/ Jennifer C. Adair
>Jennifer C. Adair
>Georgia Bar No. 001901
>JAdair@fmglaw.com
>
>*Attorneys for Defendant Janki Motel, Inc.*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)