# ANDERSEN | TATE | CARR

**Jonathan Tonge**                                                                Telephone:  770.822.0900
Email:  jtonge@atclawfirm.com

April 3, 2026

**<u>VIA CM/ECF</u>**

Honorable Tiffany R. Johnson
1767 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

>        Re:    *K.W. v. Janki Motel, Inc.*
>               United States District Court for the Northern District of Georgia
>               Civil Action File No.: 1:25-cv-03201-TRJ

Dear Judge Johnson:

I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- April 4, 2026 – April 11, 2026, for vacation.
- May 31, 2026 – June 10, 2026, for vacation.

For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

Sincerely,

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan Tonge*

Jonathan Tonge, Esq.