IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.W., T.O., S.D., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:25-cv-03201-TRJ |
| v. | ) | |
| | ) | |
| JANKI MOTEL, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF SERVICE OF SUBPOENAS</u>

YOU ARE HEREBY NOTIFIED, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendant intends to serve subpoenas to produce documents upon the following: **StepStone Family & Youth Services**, **Twin Cedars Youth & Family Services**, **Georgia Sheriffs Youth Homes Inc.**, **Family Life Center South Inc.**, **Soulegria**, **Pathways Center for Behavioral & Developmental Growth Inc.**, **Mentoring Youth Services LLC**, **The Arc of Southwest Georgia Inc.**, **Hephzibah Children's Home**, **House of Dawn Inc.**, **CHRIS 180 Inc.**, **Wellspring Living Inc.**, and **Methodist Home**.

Copies of the foregoing subpoenas issued are being contemporaneously served upon counsel via statutory electronic mail as follows:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 7th day of April, 2026.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com

*Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing

**NOTICE OF SERVICE OF SUBPOENAS** with the Clerk of Court using the

CM/ECF system which will automatically send email notification of such filing to

the following counsel of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
*Attorneys for Plaintiffs*

This 7th day of April, 2026.

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com

*Attorneys for Defendant Janki Motel, Inc.*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)