IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

K.W., *et al.*,

    Plaintiffs,

      v.

JANKI MOTEL, INC.,

    Defendant.

CIVIL ACTION NO.
1:25-cv-03201-TRJ

## ORDER

On March 11, 2026, Defendant Janki Motel, Inc. filed a motion to remove the names from certain notices of deposition filed on the docket. (Doc. 65). The Court previously ordered that "the name of Plaintiff, all witnesses identified as or suspected of being sex trafficking victims, and Plaintiff's family members shall be redacted or referred to only by the appropriate pseudonymous initials." (Doc. 6 at 3). Consistent with that Order, Defendant requests that the names of three witnesses be redacted in the corresponding notices of deposition. Upon review and consideration, Defendant's Motion to Remove Names (Doc. 65) is **GRANTED**. The documents found at docket entries 45, 46, and 60 were previously filed as provisionally sealed, and the Clerk is respectfully **DIRECTED** to permanently seal these docket entries. Defendant is **ORDERED** to file redacted versions of the sealed notices of deposition on the public docket by **April 10, 2026**. Future filings should comply with Local Rule Appendix H, Section II, Subsection J governing the filing of documents under seal.

SO ORDERED, this 8th day of April, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge