UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K.W., T.O., and S.D., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:25-cv-03201-TRJ |
| JANKI MOTEL, INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

This is to certify that on April 21, 2026, undersigned counsel for Plaintiffs served a true and correct copy of Plaintiff K.W.'s Supplemental Objections and Responses to Defendant Janki Motel, Inc.'s First Requests for Production of Documents and Things and Notice to Produce to Plaintiff K.W., Plaintiff S.D.'s Supplemental Objections and Responses to Defendant Janki Motel, Inc.'s First Requests for Production of Documents and Things and Notice to Produce to Plaintiff S.D., Plaintiff T.O.'s Supplemental Objections and Responses to Defendant Janki Motel, Inc.'s First Requests for Production of Documents and Things and Notice to Produce to Plaintiff T.O., and Plaintiffs' supplemental document production via electronic mail to all counsel of record.

Respectfully submitted on April 21, 2026.

ANDERSEN, TATE & CARR, P.C.


/s/ Jennifer M. Webster
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com



One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile