UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

K.W., T.O., and
S.D.,

     Plaintiffs,

v.

JANKI MOTEL, INC.,

     Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-03201-TRJ

## PLAINTIFFS' EXPERT DISCLOSURE

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Plaintiffs submit the names of the expert witnesses Plaintiffs anticipate calling to testify at trial to provide expert testimony in their respective fields.

### RETAINED EXPERTS

1. Anique S. Whitmore, MA, LPC
   Clinical Psychotherapist
   Psychological Associates of Buckhead
   99 West Paces Ferry NW
   Suite 1220
   Atlanta, Georgia 30305
   (678) 446-0104
   anique@whitmorelpc.com

2. Robert Knudsen, CISSP, CCE
   Computer Forensics and Cyber Security Specialist
   Global Digital Forensics
   265 Sunrise Highway

Suite 1535

Rockville Centre, New York 11570

(800) 868-8189

The reports of the above-mentioned experts, pursuant to Federal Rule of Civil

Procedure 26(a)(2)(B), are being served on Defendant in accordance with the

Court's Scheduling Order.

Respectfully submitted on April 23, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

2

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile