IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.W., T.O., S.D., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:25-cv-03201-TRJ |
| v. | ) | |
| | ) | |
| JANKI MOTEL, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE TO TAKE THE VIRTUAL VIDEO DEPOSITION OF E.P.

PLEASE TAKE NOTICE that on Friday, March 6, 2026, beginning at 10:00 a.m., the undersigned counsel for defendant will take the virtual video deposition of E.P. pursuant to Rule 30 of the Federal Rules of Civil Procedure for all purposes authorized by law before a court reporter duly authorized to administer oaths. The deposition will be taken before a certified court reporter and videographer or some other officer duly authorized by law to take depositions and will continue from day to day, excluding Saturdays, Sundays, and holidays, until its completion.

NOTICE IS FURTHER GIVEN that undersigned counsel shall conduct this deposition utilizing a secure web-based deposition platform to provide remote/virtual access for the parties via the internet. In addition, undersigned counsel reserves the right to utilize instant visual display technology such that the

court reporter's writing of the proceeding will be displayed simultaneous to their writing of the same on one's laptop, iPad, tablet or other type of display device connected to the court reporter.

This 3rd day of March, 2026.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901

*Attorneys for Defendant Janki Motel, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)
jadair@fmglaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day electronically submitted the foregoing

**DEFENDANT'S NOTICE TO TAKE THE VIRTUAL VIDEO DEPOSITION**

**OF E.P.** with the Clerk of Court using the CM/ECF system which will automatically

send email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
*Attorneys for Plaintiffs*

This 3rd day of March, 2026.

| | |
|---|---|
| | */s/ Jennifer C. Adair*<br>Jennifer C. Adair<br>Georgia Bar No. 001901<br><br>*Attorneys for Defendant Janki Motel, Inc.* |
| **FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948<br>(770) 818-0000 (telephone)<br>(833) 330-3669 (facsimile)<br>jadair@fmglaw.com | |